## CASE ANNOUNCEMENTS

*April 30, 2008*

[Cite as *04/30/2008 Case Announcements,* 2008-Ohio-2014.]

## MOTION AND PROCEDURAL RULINGS

**2008–0367.  Duke Energy Ohio, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, Nos. 03–93–EL–ATA, 03–2079–EL–AAM, 03–2081–EL–AAM, and 03–2080–EL–ATA. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion for leave to intervene of Duke Energy Ohio

and the motion for leave to intervene of Duke Energy Retail Sales, LLC,

It is ordered by the court that the motions are granted.